UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREW DAVID WETZEL                                CIVIL ACTION

VERSUS                                             NUMBER: 21-1687

WARREN MONTGOMERY, ET AL.                          SECTION: "I"(5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Andrew David Wetzel, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that Plaintiff's application to proceed IFP be denied and that this action is dismissed without prejudice for abuse of the judicial process.

New Orleans, Louisiana, this 4th day of October, 2021.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE